UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re: Chapter 13
Case No: 26-70194-spg

KATALIN RACZ,

Debtor.
--------------------------------------------------------X

**AFFIRMATION IN OPPOSITION TO MOTION FOR RELIEF FROM STAY**

John Lehr, an attorney duly admitted to practice before this Court affirms as follows:

1. I am an associate of the firm or Ronald D. Weiss, P.C. attorneys for the debtor in this Chapter 13 case.

2. I make this affirmation in opposition to the motion of the Chapter 13 Trustee requesting dismissal of this case that was filed on August 27, 2026, at Docket No. 22 (the "Motion").

3. The Motion alleges that the Debtor is behind on payments totaling $7,993.00 due to the Trustee under the Plan.

4. The Debtor sent two bank checks totaling $7,993.00 to the Trustee on June 10, 2026. She sent the checks by USPS with tracking. Copies of the bank checks are annexed hereto as Exhibit A. A copy of the USPS receipt with tracking number is annexed hereto as Exhibit B. Annexed hereto as Exhibit C is a copy of the tracking information from USPS.com. Annexed hereto as Exhibit D is the altered bank check that was illegally cashed by a third party.

5. The Exhibits clearly show that the Debtor made payment in a diligent manner, by certified funds with tracking. Unfortunately, unlike the old catchphrase, the United States Postal Service ("USPS") did not deliver for her. Not only did they not deliver, but it appears that the check for the sum of $7,868.00 was stolen from USPS custody, altered and cashed by a third-party.

Additionally, the check for $115.00 is missing and has not been cashed.

6. The Debtor informs me that she filed a report with her bank today and the bank's investigation should be completed in ten business days. A copy of the report is annexed hereto as Exhibit E. Upon completion of the investigation, hopefully the bank will refund both checks and she will be able to make up the payments owed to the Trustee.

7. Based upon the foregoing, the Debtor requests that the Court provide a long adjournment of the Motion to allow the issues outlined herein to be resolved and the Debtor to make up the payments owed.

Wherefore, the Debtor respectfully requests that the Court adjourn the Motion for a period sufficient for the Debtor to recover the funds and pay the Trustee; and grant such other and further relief as this Court deems just and equitable.

Dated: August 28, 2026
Melville, New York

*/s/John Lehr*
John lehr, Esq.
Ronald D. Weiss, P.C.
Attorney for the Debtor
445 Broadhollow Road, Ste CL-10
Melville, NY 11747
Tel: (631)271-3737
Email: jlehr@li-bankruptcy.com

# EXHIBIT A

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**FOUR LEAF**
**Federal Credit Union**
899 S. Oyster Bay Road
Bethpage, NY 11714-1030

OFFICIAL CHECK

22-7365
2214

No. 23772955

Date: June 10, 2026

Seven Thousand Eight Hundred Sixty-Eight and 00/100*************** DOLLARS

Pay to the Order of Krista M. Preuss, Chapter 13 Trustee

Amount $ *******7,868.00

26-70194
Memo

MP

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT ANGLE TO VIEW

⑈23772955⑈ [redacted]

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

FOUR LEAF
Federal Credit Union
899 S. Oyster Bay Road
Bethpage, NY 11714-1030

OFFICIAL CHECK

22-7365
2214

No. 23772954

Date: June 10, 2026

One Hundred Fifteen and 00/100************************************ DOLLARS

Pay to the Order of Krista M. Preuss, Chapter 13 Trustee

Amount $ *********115.00

26-70194
Memo

MP

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT ANGLE TO VIEW

⑈23772954⑈ [redacted] [redacted]

# EXHIBIT B

UNITED STATES
POSTAL SERVICE.

EAST NORTHPORT
297 LARKFIELD RD
EAST NORTHPORT, NY 11731-2449
www.usps.com

06/10/2026 12:50 PM

---

TRACKING NUMBERS
9505 5163 1001 6161 3145 83

---

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

---

TRACK STATUS BY TEXT MESSAGE

**ALERT: IMPACTS FROM WILDFIRES IN TEXAS MAY DELAY FINAL DELIVERY OF YOUR MAI…**

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## 9505516310016161314583

Copy    Add to Informed Delivery

### Latest Update

Your item arrived at our MEMPHIS TN DISTRIBUTION CENTER destination facility on June 12, 2026 at 9:57 pm. The item is currently in transit to the destination.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### On the Way

**Arrived at USPS Facility**
MEMPHIS TN DISTRIBUTION CENTER
June 12, 2026 9:57 PM

**Arrived at USPS Facility**
METRO NY DISTRIBUTION CENTER
June 11, 2026 9:46 AM

**Departed Post Office**
EAST NORTHPORT, NY 11731
June 10, 2026 5:36 PM

**USPS in possession of item**
EAST NORTHPORT, NY 11731
June 10, 2026 12:49 PM

Hide Tracking History

What Do USPS Tracking Statuses Mean?

Text & Email Updates

Delivery Instructions

USPS Tracking Plus®

Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# EXHIBIT C

**ALERT: IMPACTS FROM WILDFIRES IN TEXAS MAY DELAY FINAL DELIVERY OF YOUR MAI...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**9505516310016161314583**

Copy Add to Informed Delivery

## Latest Update

Your item arrived at our MEMPHIS TN DISTRIBUTION CENTER destination facility on June 12, 2026 at 9:57 pm. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## On the Way

**Arrived at USPS Facility**

MEMPHIS TN DISTRIBUTION CENTER
June 12, 2026 9:57 PM

**Arrived at USPS Facility**

METRO NY DISTRIBUTION CENTER
June 11, 2026 9:46 AM

**Departed Post Office**

EAST NORTHPORT, NY 11731
June 10, 2026 5:36 PM

**USPS in possession of item**

EAST NORTHPORT, NY 11731
June 10, 2026 12:49 PM

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

## Text & Email Updates

## Delivery Instructions

## USPS Tracking Plus®

## Product Information

**See Less**

Track Another Package

Enter tracking or barcode numbers

Feedback

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT D

THIS DOCUMENT HAS A GRADUATED BACKGROUND, DARK TO LIGHT. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

**FOUR LEAF**
Federal Credit Union
899 S. Oyster Bay Road
Bethpage, NY 11714-1030

OFFICIAL CHECK

22-7395
2214

No. 23772955
Date: June 10, 2026

Seven Thousand Eight Hundred Sixty-Eight and 00/100************** DOLLARS

Pay to the Order of Najeem Goding

Amount $ *******7,868.00

26-70194
Memo

⑈23772955⑈ [redacted]

7/13/2026 ItmNbr [redacted] Chk #23772955 Amt $7,868.00

---

029178000184 TW04B409 2026-07-10 17:25:06
KeyAmt: 7,868.00
[redacted] XX6988

The security features listed below, as well as those not listed, exceed industry guidelines.
Security Features: Results of document alteration:
Micro Print Border line
Erasure protection
Security Screen

• FEDERAL RESERVE BOARD OF GOVERNORS REG CC

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE:
Najeem Goding

7/13/2026 ItmNbr [redacted] Chk #23772955 Amt $7,868.00

Electronic Endorsements:
[redacted]

# EXHIBIT E

FOURLEAF

899 S. Oyster Bay Road, Bethpage, New York 11714
800-628-7070 | fourleaffcu.com

## Declaration of Fraud/Forgery - Share Drafts/Pre-Authorized Drafts

This Declaration of Fraud/Forgery must be completed and signed by the Consumer. In addition, please provide any documentation supporting this Declaration of Fraud/Forgery. **Note:** Individual Declarations of Fraud/Forgery must be completed for each item submitted. Please send completed documents to FourLeaf Federal Credit Union ("FourLeaf") by mailing the original documents to Operations and Risk, 899 S. Oyster Bay Road, Bethpage, NY 11714 **AND** by faxing to (866)349-8995 or e-mailing to claims@fourleaffcu.com.

I, KATALIN RACZ, the undersigned, hereby declares under penalty of perjury, that the following is true,
(Name of Consumer)
correct, and complete:

1. I currently reside at 154 LAUREL RD, EAST NORTHPORT NY 11731
2. I have examined the attached draft/check, drawn on Account [redacted]423 and dated as of June 10, 2026, with the draft/check number of 2377; payable through FourLeaf FCU; drawn by FourLeaf FCU, in the sum of 7,868.00 2955 Dollars ($7868.00) and payable to the following Krista M. Preuss, Chapter 13, Trustee Seven Thousand Eight hundred and sixty eight dollars
3. I have reviewed and discovered on the draft/check the following:
   - ☐ Forged Endorsement: That the signature as endorser on the above noted draft/check was not made by me nor was it placed upon said draft/check with my knowledge or consent and I have not benefited in any way from the issuance or negotiation of the above draft/check.
   - ☐ Forged Drawer: That the signature appearing as drawer on the above noted draft/check was not made by me nor was it placed upon said draft/check with my knowledge or consent and that I have not benefited in any way from its issuance or negotiation.
   - ☐ Altered Amount: That an alteration in the draft/check noted above was made, thereby changing the amount from $______ to a new and unauthorized amount of $______.
   - ☑ Altered Payee: That the draft/check noted above was altered in that the original Payee of Krista M Preuss Chapter 13, Trustee was changed to Najeem Godling
   - ☐ Lack of Endorsement/Not Endorsed as Drawn: That the above noted draft/check lacks the proper Endorsement as required or that the above noted draft/check was not endorsed as Drawn.
   - ☐ That the item described above is counterfeit.
   - ☐ That the item described above is/was not authorized by the maker. **Note:** For remotely created checks only (telecheck, demand draft or preauthorized draft). For all other share drafts claims, choose an option above.
4. I received no benefits, proceeds or consideration from the above draft/check and that any and all alterations, forgeries or counterfeiting as noted above in the attached draft/check occurred without my knowledge or consent.
5. I understand that this forgery, alteration or counterfeit may be subject to an investigation by my financial institution or its assigns as well as local, state and/or federal law enforcement agencies and that I may be asked to comply with court orders or subpoenas to give testimony as to the facts and statements contained in this Declaration of Fraud/Forgery.
6. I understand that making a false and/or misleading statement as declared in this Declaration of Fraud/Forgery may subject me to various local, state or federal statues and may be punishable by fines and/or imprisonment.

(Signature of Consumer) Katalin Racz    Date: 8/28/26

Reviewed 4/7/2021